**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KUMAR CHETTRI, | No. 11-73672 |
| Petitioner, | Agency No. A072-131-283 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted December 7, 2015
Pasadena, California

Before: PREGERSON, D.W. NELSON, and CALLAHAN, Circuit Judges.

Kumar Chettri appeals the Board of Immigration Appeals' ("BIA") denial of

his motion to reopen proceedings.  We have jurisdiction pursuant to 8 U.S.C.

§ 1252 and we deny the petition.

The BIA denied Chettri's motion to reopen because his prior attempts to

obtain asylum using false information undermined his credibility and because his

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

motion contained inconsistencies that undermined his claims.  Because we cannot say that the BIA's decision was "arbitrary, irrational, or contrary to law," its denial of the motion to reopen is affirmed.  *Go v. Holder*, 744 F.3d 604, 609 (9th Cir. 2014).

**PETITION FOR REVIEW DENIED.**